UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DORETHA M. BELNAVIS,

    Plaintiff,

v.                                    CASE NO: 8:05-cv-778-T-23TGW

R. JAMES NICHOLSON, Secretary,
Department of Veterans Affairs,

    Defendant.
_____/

## ORDER

    The plaintiff sues the Secretary of the Department of Veterans Affairs seeking review of the damages component of an administrative decision and asserting a violation of the Privacy Act based on allegedly unauthorized access to the plaintiff's medical records. United States Magistrate Judge Thomas G. Wilson submits a report and recommendation (Doc. 32) on the defendant's motion (Doc. 13) for summary judgment. Neither party files an objection to the report and recommendation, and the time to file objections has expired. Accordingly, the Magistrate Judge's report and recommendation (Doc. 32) is **ADOPTED**, and the defendant's motion (Doc. 13) for summary judgment is **GRANTED**. The Clerk is directed to (1) enter judgment for the defendant, (2) terminate any pending motion, and (3) close the file.

    ORDERED in Tampa, Florida, on November 20, 2006.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE